1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 QIN GOOCH,                              )
                                           ) No. C 06-2156 SBA
13                                         )
                   Plaintiff,              )
14                                         )
              v.                           ) **STIPULATION TO DISMISS AND**
15                                         ) **ORDER**
   MICHAEL CHERTOFF, Secretary of the      )
16 Department of Homeland Security; EMILIO )
   T. GONZALEZ, Director, U.S. Citizenship and )
17 Immigration Services; DAVID STILL, Director, )
   San Francisco District Office, U.S. Citizenship )
18 and Immigration Services; ROBERT S.     )
   MUELLER, Director, Federal Bureau of    )
19 Investigation,                          )
                                           )
20                 Defendants.             )
   _____)
21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice because the United States Citizenship and Immigration Services is now

25 prepared to adjudicate Plaintiff's application for naturalization and agree to adjudicate such

26 application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stip. to Dismiss
C06-2156 SBA                           1

| | | |
|---|---|---|
| 1 | Dated: June 23, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |
| 4 | | /s/ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Dated: June 23, 2006                             /s/
                                            JUSTIN X. WANG
                                            Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/5/06                              *Saundra B Armstrong*
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

Stip. to Dismiss
C06-2156 SBA                              2